**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 24-1594**

─────────

OMAR MARCELINO CRUZ-PASTORA,

Petitioner,

v.

PAMELA JO BONDI, Attorney General,

Respondent.

─────────

On Petition for Review of an Order of the Board of Immigration Appeals.

─────────

Submitted:  March 18, 2025                    Decided:  May 2, 2025

─────────

Before AGEE, THACKER, and HEYTENS, Circuit Judges.

─────────

Petition denied by unpublished per curiam opinion.

─────────

**ON BRIEF:** Eric H. Kirchman, Rockville, Maryland, for Petitioner.  Brian M. Boynton, Principal Deputy Assistant Attorney General, Sabatino F. Leo, Assistant Director, Katie E. Rourke, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Omar Marcelino Cruz-Pastora, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reopen and reconsider. We review the denial of motions to reopen and reconsider for abuse of discretion. 8 C.F.R. § 1003.2(a) (2024). We have reviewed the Board's order, the administrative record, and Cruz-Pastora's claims and find no abuse of discretion. Accordingly, we deny the petition for review. *See In re Cruz-Pastora* (B.I.A. May 30, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*